UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN J. MOLINA,

                            Petitioner,

      -against-                              22-CV-5579 (LTS)

ALEJANDRO MAYORKAS, SECRETARY       CIVIL JUDGMENT
OF DEPARTMENT OF HOMELAND
SECURITY,

                            Respondent.

      For the reasons stated in the August 1, 2022, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 1, 2022
            New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                           Chief United States District Judge